UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-9847 DMG (MRW) | Date | March 16, 2015 |
|---|---|---|---|
| Title | Guest v. Barnes | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

      The Court previously issued an order screening the Petition in this habeas action. (Docket # 3.) The Court directed Petitioner to submit a statement regarding timeliness of the Petition by February 20. The Court's order expressly informed Petitioner that his failure to file a submission would lead the Court to "recommend that the action be dismissed [ ] for failure to diligently prosecute" the action pursuant to Federal Rule of Civil Procedure 41(b). However, to date, Petitioner failed to file anything in response to the Court's order.

      Therefore, IT IS ORDERED that Petitioner show cause why this action should not be summarily dismissed under Rule 41 for failure to prosecute the action or to comply with a Court order. Petitioner must file his response to the Court's OSC <u>and</u> his statement regarding timeliness of the action by or before <u>April 6</u>, or the action will be terminated.