# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GUEST,<br><br>   Petitioner,<br><br>   v.<br><br>R. BARNES, Warden,<br><br>   Respondent. | Case No. CV 14-9847 DMG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: March 8, 2016

            _/s/ Dolly M. Gee_
            DOLLY M. GEE
            UNITED STATES DISTRICT JUDGE